

**SEALED**

**FILED**
FEB 03 2026
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>WINSTON C. DOUGLAS, )<br>SHAEA KEYS, and )<br>JACOB ORTIZ-WILSON )<br>)<br>Defendants. ) | Criminal No. 26-CR-30004<br>VIO: 18 U.S.C. § 2113(a) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(Bank Robbery)

On or about October 9, 2025, in Sangamon County, in the Central District of Illinois,

WINSTON C. DOUGLAS,

the defendant herein, by force, violence and intimidation did take from the person and presence of another, money, namely United States Currency, belonging to and in the care, custody, control, management, and possession of U.S. Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO
### (Bank Robbery)

On or about October 18, 2025, in Sangamon County, in the Central District of Illinois,

WINSTON C. DOUGLAS, SHAEA KEYS, and JACOB ORTIZ-WILSON, the defendants herein, aiding and abetting each other, by force, violence and intimidation did take from the person and presence of another, money, namely United States Currency, belonging to and in the care, custody, control, management, and possession of the Clock Tower Community Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2 and 2113(a).

A TRUE BILL,
Redacted
FOREPERSON


GREGORY M. GILMORE
UNITED STATES ATTORNEY
SES

2