UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Springfield Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>      **Plaintiff,**<br><br>v.<br><br>**Winston C. Douglas,**<br>      **Defendant.** | Case No. 26-30004-001 |

### ORDER OF DETENTION

The Defendant appeared before this Court for an Initial Appearance and Arraignment on February 12, 2026. The Government moved to detain the Defendant pursuant to 18 U.S.C. § 3142(f)(1)(A) as the case involves a crime of violence, a violation of section 1591, or an offense listed in section 2332(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed.

Defendant, through counsel, indicated to the Court that Defendant intended to waive the right to a detention hearing. The Court advised Defendant of the right to a hearing, and Defendant waived the hearing. The Court finds the waiver to be knowing and voluntary, and thereby orders that Defendant be DETAINED.

Pursuant to 18 U.S.C. § 3142, Defendant "shall be detained" for the duration of the continuance. Accordingly, the Defendant shall be held in custody until a detention hearing, if any, is held.

Pursuant to 18 U.S.C. § 3142(h)(i), the Court directs that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; directs that the Defendant be afforded a reasonable opportunity for private consultation with counsel; and, on order of a court of the United States or on a request of an attorney for the Government, the person in charge of the

corrections facility in which the Defendant is confined deliver the Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

If the Defendant is released from custody of Sangamon Couty Jail, he is remanded into the custody of the United States Marshal.

ENTERED: February 12, 2026

                                            s/ Douglas J. Quivey
                                            U.S. MAGISTRATE JUDGE